UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:                                                          Case No. 14-34341-BKC-LMI

NAYROVIS D GONZALEZ FERRER,             Chapter 7

    Debtor.
_____/

### TRUSTEE'S NOTICE OF PROPOSED AUCTION SALE

**Pursuant to Bankruptcy Rule 6004 and Local Rule 6004-1(D), this proposed use, sale or lease will be deemed approved without necessity of a hearing or order if no objection to the use, sale or lease is filed and served within 21 days from the date of service of this notice.**

**DATE:**          Saturday, June 13, 2015

**TIME:**          10:00 a.m. (inspection at 8:00 a.m. on day of sale)

**LOCATION:**  Stampler Auctions, Inc.
                     1914 Tigertail Blvd
                     Dania, FL 33004
                     Telephone: (954) 921-8888

      **YOU ARE HEREBY NOTIFIED** that at the time and the place indicated above, pursuant to Rule 2002(a)(2) of the Federal Rules of Bankruptcy Procedure and Local Rule 6004-1(B), Barry E. Mukamal, the Chapter 7 Trustee, proposes to sell, at public auction, his right, title and interest in the following:

**2009 Nissan Murano (VIN # JN8AZ18U89W029669) (the "Vehicle")**

      Sale of the Vehicle shall be without warranties, guarantees or representations of any type, "as is", "where is" and free and clear of liens, security interests, and other encumbrances, with any and all other liens, security interests and encumbrances, if any, to attach to the proceeds derived from the sale[1].

      The auction will be conducted by Stampler Auctions, Inc.; telephone (954) 921-8888. Any objection to the Proposed Sale shall be filed in writing with the Clerk of the Bankruptcy

---

[1] On May 2, 2014, the Trustee filed a Motion to Approve Sale of 2009 Nissan Murano, Free and Clear of Interest of Camilo Diaz (the "Motion to Sell Free and Clear") [ECF No. 40]. This Notice of Proposed Auction Sale is subject to and contingent on the Court's approval of the Motion to Sell Free and Clear. To the extent that the Motion to Sell Free and Clear is not granted by the proposed auction sale date, this Notice will be withdrawn.

_____

Court, whose address is C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Room 150, Miami, FL 33128, with a copy thereof served upon the Chapter 7 Trustee, Barry E. Mukamal, 1 SE 3 Ave # 2150, Miami, FL 33131, along with a copy served on his attorney, Zach B. Shelomith, Esq., Leiderman Shelomith, P.A., 2699 Stirling Road, Suite C401, Ft. Lauderdale, Florida 33312.

All sales shall be in cash or cashier's check paid within 24 hours of the auction sale and shall be final. There will be a buyer's premium of 10% of the amount of the bid price. Sales tax shall be collected.

Dated: May 4, 2015

LEIDERMAN SHELOMITH, P.A.
Attorneys for Barry E. Mukamal
2699 Stirling Road, Suite C401
Ft. Lauderdale, Florida 33312
Telephone: (954) 920-5355
Facsimile: (954) 920-5371

By:_____/s/_____
ZACH B. SHELOMITH
Florida Bar No. 0122548
zshelomith@lslawfirm.net

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on May 4, 2015 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference) and via U.S. Mail to all parties on the attached service list.

By:_____/s/_____
Zach B. Shelomith

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 14-34341-LMI<br>Southern District of Florida<br>Miami<br>Mon May  4 12:13:02 EDT 2015 | Aac<br>Po Box 2036  28405 Van Dyke Rd<br>Warren, MI 48090-2036 | American Coradius International, LLC<br>2420 Sweet Home Road<br>Suite 150<br>Buffalo, NY 14228-2244 |
| (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | Asset Acceptance<br>POB 2036<br>Warren, MI 48090-2036 | Asset Acceptance Llc<br>Po Box 1630<br>Warren, MI 48090-1630 |
| Bank of America<br>P.O. BOX 851001<br>Dallas, TX 75285-1001 | Bass & Associates<br>3936 E Fort Lowell Road<br>Suite 200<br>Tucson, AZ 85712-1083 | Bhsf Fcu<br>7315 Sw 87 Avenue Suite 300<br>Miami, FL 33173-5473 |
| Bk Of Amer<br>1800 Tapo Canyon Rd<br>Simi Valley, CA 93063-6712 | Bk Of Amer<br>9000 Southside Blvd Bldg<br>Jacksonville, FL 32256-6705 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Cap1/Bstby<br>Po Box 5253<br>Carol Stream, IL 60197-5253 | Cavalry Portfolio Se<br>7 Skyline Dr 3rd Floor<br>Hawthorn, NY 10532-2162 | Cavalry Portfolio Serv<br>Po Box 27288<br>Tempe, AZ 85285-7288 |
| Cavalry Portfolio Services, LLC<br>500 Summit Lake Drive<br>Valhalla, NY 10595-2322 | Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Citi Auto<br>2208 Highway 121 Ste 100<br>Bedford, TX 76021-5981 |
| Citifinancial<br>300 Saint Paul Pl<br>Baltimore, MD 21202-2120 | Citifinancial<br>POB 183172<br>Columbus, OH 43218-3172 | Client Services, Inc.<br>3451 Harry S Truman Blvd.<br>Saint Charles, MO 63301-9816 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Card<br>POB 71084<br>Charlotte, NC 28272-1084 | Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850-5316 |
| FMS, Inc.<br>4915 South Union Avenue<br>Tulsa, OK 74107-7839 | Fulton Friedman & Gullace, LLP<br>PO BOX 2123<br>Warren, MI 48090-2123 | GECRB/Lowe's<br>PO Box 965005<br>Orlando, FL 32896-5005 |
| Internal Revenue Service<br>P.O. BOX 7346<br>Philadelphia, PA 19101-7346 | Macysdsnb<br>911 Duke Blvd<br>Mason, OH 45040 | Midland Credit Management<br>8875 Aero Drive<br>Suite 200<br>San Diego, CA 92123-2255 |

| | | |
|---|---|---|
| Nelnet Loans<br>6420 Southpoint Pkwy<br>Jacksonville, FL 32216-0946 | Northland Group, Inc.<br>POB 390846<br>Minneapolis, MN 55439-0846 | Northstar Location Services<br>4285 Genesee Street<br>Buffalo, NY 14225-1943 |
| Ocwen Loan Servicing L<br>3451 Hammond Ave<br>Waterloo, IA 50702-5345 | Ocwen Loan Servicing, LLC<br>POB 24738<br>West Palm Beach, FL 33416-4738 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Plaza Recovery, Inc.<br>POB 722218<br>Houston, TX 77272-2218 | Portfolio Recovery & Affil<br>120 Corporate Boulevard<br>Suite 1<br>Norfolk, VA 23502-4962 | Powerficu<br>2020 Nw 150th Ave.<br>Pembroke Pines, FL 33028-2805 |
| Receivables Performance Management LLC<br>20816 44th Avenue W<br>Lynnwood, WA 98036-7744 | Sears<br>P.O. BOX 183082<br>Columbus, OH 43218-3082 | Sears/Cbna<br>Po Box 6283<br>Sioux Falls, SD 57117-6283 |
| Syncb/Brandsmart<br>Po Box 965036<br>Orlando, FL 32896-5036 | Syncb/Lowes<br>Po Box 965005<br>Orlando, FL 32896-5005 | The Home Depot<br>POB 6497<br>Sioux Falls, SD 57117-6497 |
| United Recovery Systems, LP<br>P.O. BOX 722929<br>Houston, TX 77272-2929 | Van Ru Credit Corporation<br>11069 Strang Line Rd., Bldg E<br>Lenexa, KS 66215-2181 | Visdsnb<br>9111 Duke Blvd<br>Mason, OH 45040-8999 |
| Wells Fargo/El Dorado Furniture<br>POB 9121<br>Des Moines, IA 50306 | Wffnatbank<br>Po Box 94498<br>Las Vegas, NV 89193-4498 | World Omni<br>Po Box 91614<br>Mobile, AL 36691-1614 |
| Barry E Mukamal<br>1 SE 3 Avenue Ste 2150<br>Box 158<br>Miami, FL 33131-1716 | Nayrovis D Gonzalez Ferrer<br>2968 NE 2nd Drive<br>Homestead, FL 33033-3037 | Robert Sanchez Esq<br>355 W 49 St.<br>Hialeah, FL 33012-3715 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American Honda Finance<br>Po Box 1027<br>Alpharetta, GA 30009 | (d)American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088<br>Irving, TX 75016-8088 | (d)American Honda Finance Corporation<br>PO Box 1027<br>Alpharetta, GA 30009-1027 |

Bk Of Amer
Po Box 982235
El Paso, TX 79998

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami                              End of Label Matrix
                                      Mailable recipients    53
                                      Bypassed recipients     1
                                      Total                  54